# EXHIBIT C

The Royal Bank of Scotland

000355/000434/ZZ

**PAYMENT DEBIT ADVICE**

TMT CO LTD
8F NO 126
SEC 1 SIANGUO N RD
TAIPEI, TAIWAN

Our ref:    160101000272834
Your ref:   SHIPPING OPERATIONS LONDON
Date:       20th September 2007

## We confirm having remitted the following Currency Account Transfer.

Amount debited:   USD 250,000.00
From account:     TMTCO  -USD-1
Amount sent:      USD 250,000.00

Debit date: 19th September 2007

In favour of:
JP MORGAN CHASE BANK, NEW YORK

Beneficiary account number:
CHMANEK USDTCM

Ordered by:
TMT CO LTD

Payment details:

**Transactional information:**

Requested amount:      USD 250,000.00

Rate:
Currency exchange contract:

RBS commission charges:    0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the information.

set 1 of 1

The Royal Bank of Scotland plc
Registered in Scotland No 90312
Registered Office: 36 St Andrew Square
Edinburgh EH2 2YB

Authorised and regulated by the Financial Services Authority

**The Royal Bank of Scotland**

**PAYMENT DEBIT ADVICE**

000341/000478/ZZ

TMT CO LTD
8F NO 126
SEC 1 SIANGUO N RD
TAIPEI, TAIWAN

Our ref:   160101O00262160
Your ref:
Date:     12th July 2007

### We confirm having remitted the following Currency Account Transfer.

Amount debited:   USD 5,000,000.00
From account:    TMTCO -USD-1
Amount sent:     USD 5,000,000.00

Debit date: 12th July 2007

In favour of:
JP MORGAN CHASE BANK, NEW YORK

Beneficiary account number:
CHMANEK USDTCM

Ordered by:
TMT CO LTD

Payment details:

**Transactional information:**

Requested amount:       USD 5,000,000.00

Rate:
Currency exchange contract:

RBS commission charges:    0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the information.

The Royal Bank of Scotland plc
Registered in Scotland No 90312
Registered Office: 36 St Andrew Square
Edinburgh EH2 2YB

Authorised and regulated by the Financial Services Authority

of 1