# EXHIBIT D

*The Royal Bank of Scotland*

000383/000453/ZZ

**PAYMENT DEBIT ADVICE**

TMT CO LTD
8F NO 126
SEC 1 SIANGUO N RD
TAIPEI, TAIWAN

Our ref:    160101O000351031
Your ref:
Date:       9th February 2009

## We confirm having remitted the following Royworld Express.

Amount debited:   USD  1,995,583.37
From account:     TMTCO   -USD-1
Amount sent:      USD  1,995,542.13

Debit date:  9th February 2009

In favour of:
ROYAL BANK OF SCOTLAND OPS FUTURES
TEAM

Beneficiary bank:
ROYAL BANK OF SCOTLAND PLC
(FIN. MARKETS - FIXED INCOME AND IN
LONDON
UNITED KINGDOM

Beneficiary account number:

Payee bank:
CHASUS33XXX

Payment details:

Ordered by:
TMT CO LTD

**Transactional Information:**

Requested amount:        USD  1,995,542.13

Rate:
Currency exchange contract:

RBS commission charges:   USD  41.24

Agent banks charges:      0.00

**This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.**

The Royal Bank of Scotland plc
Registered in Scotland No 90312
Registered Office: 36 St Andrew Square
Edinburgh EH2 2YB

Authorised and regulated by the Financial Services Authority

Sheet 1 of 1

7

*The Royal Bank of Scotland*

$S\,TX$

**PAYMENT DEBIT ADVICE**

000334/000425/ZZ

TMT CO LTD
8F NO 126
SEC 1 SIANGUO N RD
TAIPEI, TAIWAN

Our ref:   1601010OO351578
Your ref:
Date:      12th February 2009

## We confirm having remitted the following Royworld Express.

Amount debited:   USD  1,458,302.67
From account:     TMTCO  -USD-1
Amount sent:      USD  1,458,302.67

Debit date:  12th February 2009

In favour of:
ROYAL BANK OF SCOTLAND OPS FUTURES

Beneficiary bank:
ROYAL BANK OF SCOTLAND PLC
(FIN. MARKETS - FIXED INCOME AND IN
LONDON
UNITED KINGDOM

Beneficiary account number:

Payee bank:
CHASUS33XXX                      ← USA ?

Payment details:

Ordered by:
TMT CO LTD

**Transactional information:**

Requested amount:          USD  1,458,302.67

Rate:
Currency exchange contract:

RBS commission charges:    0.00

Agent banks charges:       0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

The Royal Bank of Scotland plc
Registered in Scotland No 90312
Registered Office: 36 St Andrew Square
Edinburgh EH2 2YB

Authorised and regulated by the Financial Services Authority

7

*The Royal Bank of Scotland*

000403/000494/ZZ

**PAYMENT DEBIT ADVICE**

TMT CO LTD
8F NO 126
SEC 1 SIANGUO N RD
TAIPEI, TAIWAN

Our ref:   160101O00354968
Your ref:
Date:     9th March 2009

## We confirm having remitted the following Royworld Express.

Amount debited:   USD  1,456,592.90
From account:      TMTCO  -USD-1
Amount sent:       USD  1,456,592.90

Debit date: 9th March 2009

In favour of:
ROYAL BANK OF SCOTLAND OPS FUTURES

Beneficiary bank:
ROYAL BANK OF SCOTLAND PLC
(FIN. MARKETS - FIXED INCOME AND IN
LONDON
UNITED KINGDOM

Beneficiary account number:

Payee bank:
CHASUS33XXX

Payment details:

Ordered by:
TMT CO LTD

**Transactional information:**

Requested amount:       USD  1,456,592.90

Rate:
Currency exchange contract:

RBS commission charges:      0.00

Agent banks charges:         0.00

**This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.**

Sheet 1 of 1

The Royal Bank of Scotland plc
Registered in Scotland No 90312
Registered Office: 36 St Andrew Square
Edinburgh EH2 2YB

Authorised and regulated by the Financial Services Authority

3

The Royal Bank of Scotland

**PAYMENT DEBIT ADVICE**

000323/000404/ZZ

TMT CO LTD
8F NO 126
SEC 1 SIANGUO N RD
TAIPEI, TAIWAN

Our ref:   160101O00357153
Your ref:
Date:      24th March 2009

## We confirm having remitted the following Royworld Express.

Amount debited:  USD  699,989.48
From account:    TMTCO  -USD-1
Amount sent:     USD  699,989.48

Debit date:  24th March 2009

In favour of:
ROYAL BANK OF SCOTLAND OPS FUTURES

Beneficiary bank:
ROYAL BANK OF SCOTLAND PLC
(FIN. MARKETS - FIXED INCOME AND IN
LONDON
UNITED KINGDOM

Beneficiary account number:

Payee bank:
CHASUS33XXX

Payment details:

Ordered by:
TMT CO LTD

**Transactional information:**

Requested amount:        USD  699,989.48

Rate:
Currency exchange contract:

RBS commission charges:        0.00

Agent banks charges:           0.00

This notification is not confirmation of receipt of the funds by the beneficiary - the Bank does not accept
any liability whatsoever for any loss or damage arising in any way from any use of or reliance placed on the
information.

The Royal Bank of Scotland plc
Registered in Scotland No 90312
Registered Office: 36 St Andrew Square
Edinburgh EH2 2YB

Authorised and regulated by the Financial Services Authority